# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



FILED
MAR 1 4 2008
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of Juan R. Williams     Case

v.

City of Cicero, Joseph Dikiel #unknown, Det FNU Pineda #496, Det FNU Contreras #472, and Det. FNU Kozlowski #510

08CV1530
JUDGE KENDALL
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| SIGNATURE |
|---|
| Gwendolyn Dale Anderson |

| FIRM |
|---|
| Anderson & Associate |

| STREET ADDRESS |
|---|
| 6727 S. Euclid Avenue |

| CITY/STATE/ZIP |
|---|
| Chicago, IL. 60649 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0048682 | 773 520-5506 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐