IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN WILLIAMS,

    Plaintiff,

CITY OF CICERO, A MUNICIPALITY, DET. JOSEPH DEKIEL, STAR NO. UNKNOWN, DET. PINEDA STAR NO. 496, DET. CONTRERAS, STAR NO.472, AND DET. KOLZLOWOSKI, STAR NO. 510,

    Defendants.

Case No. 08 C 1530
Judge Kendall, presiding

_____

**MOTION FOR LEAVE TO FILE JOINT STATUS REPORT INSTANTER**

**NOW COMES** the plaintiff by and through his attorney Gwendolyn Dale Anderson, Esq., and herein request leave to file the joint status report INSTANTER. In support of this motion, plaintiff states as follows:

1. The joint status report was scheduled to be filed on June 5, 2008.

2. Plaintiff's counsel had certain medical concerns regarding her health and on the order of plaintiff's primary physician, plaintiff had to undergo certain medical exams at a local Chicago Hospital. In addition thereto, there were other medical problems that interfered with counsel's timely filing this status report.

3. Plaintiff's counsel did confer with Mr. Zimmer in the interim in order to obtain his position as to the length of discovery and the issue of settlement.

4. In light of the foregoing, plaintiff counsel states that the failure to timely file this report was not due to a lack of due diligence, but because of urgent medical concerns.

WHEREFORE, plaintiff prays that this court will allow the filing of this joint status report INSTANTER.

Respectfully Submitted,

By: s/Gwendolyn Dale Anderson

Prepared by:

Gwendolyn Dale Anderson, Esq.
Attorney for Plaintiff
6727 South Euclid Avenue
Chicago, Illinois 60649
773-520-5506
773-373-8161 Fax
Atty. No. 11993