IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN WILLIAMS,

    Plaintiff,

CITY OF CICERO, A MUNICIPALITY, DET. JOSEPH DEKIEL, STAR NO. UNKNOWN, DET. PINEDA STAR NO. 496, DET. CONTRERAS, STAR NO.472, AND DET. KOLZLOWOSKI, STAR NO. 510,

    Defendants.

Case No. 08 C 1530
Judge Kendall, presiding

_____

### NOTICE OF MOTION

To:  Austin Zimmer, Esq.
     10526 W. Cermak Drive
     Suite 300
     Westchester, Illinois 60154

   **Please take** notice that on June 10, 2008 at 9:30 a.m. I shall appear before the Honorable Judge Virgina Kendall in Courtroom       or any judge sitting in her stead located at 219 South Dearborn Street in Chicago, Illinois 60604 and present the attached Motion for Leave To File The Joint Status Report Instanter, you may be present if you so desire.

                                  S/ Gwendolyn Dale Anderson

CERTIFICATE OF SERVICE

Gwendolyn Dale Anderson, Esq., plaintiff's attorney hereby states and certifies that a copy of this Notice of Motion and Attached Pleading was serviced upon the parties listed above by Electronic filing on June 8, 2008 before the close of the business day from Chicago, Illinois 60649.

S/ Gwendolyn Dale Anderson

Prepared by:

Gwendolyn Dale Anderson, Esq.
Attorney for the plaintiff
6727 South Euclid Avenue
Chicago, Illinois 60649
773-520-5506
773-373-8161 Fax
Atty. No. 11993