IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN WILLIAMS,

    Plaintiff,

CITY OF CICERO, A MUNICIPALITY, DET. JOSEPH DEKIEL, STAR NO. UNKNOWN, DET. PINEDA STAR NO. 496, DET. CONTRERAS, STAR NO.472, AND DET. KOLZLOWOSKI, STAR NO. 510,

    Defendants.

Case No.
Judge Kendall, presiding

_____

**JOINT STATUS REPORT**

    NOW COMES the parties by and through their attorneys, Gwendolyn Dale Anderson, Esq., attorney for plaintiff and Austin Zimmer attorney for the defendants, and herein submit this joint status report to the court.

1. The cause of action before this court is based upon the misconduct of the defendants pursuant to Title 42 USC 1983, and other relative sections under 1983.

2. Plaintiff is still in the process of perfected service of by mail. Prior thereto, plaintiff sought service by personal service as prescribed by Illinois Law. The service was not successful. Plaintiff has conferred with Attorney Zimmer, attorney for the City of Cicero, but plaintiff is not sure that the other defendants have been properly serviced. In order to

resolve the issue on June 5, 2008, plaintiff again serviced all of the defendants by mail with a waiver of summon included requesting return -receipt proof.

3. Plaintiff's counsel has conferred with Mr. Zimmer, defendants' attorney, and the parties believe that discovery can be completed in six (6) months.

4. As to the issue of settlement, the parties agreed to revisit the issue at the close of fact discovery or sometimes prior.

             Respectfully Submitted


             By:s/ Gwendolyn Dale Anderson

             .


Prepared by:

Gwendolyn Dale Anderson
Plaintiff's Attorney
6727 South Euclid Avenue
Chicago, Illinois 60649
773-520-5506
773-373-8161 Fax