IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN R. WILLIAMS,

    Plaintiff,

vs.

CITY OF CICERO, A MUNICIPALITY,
DETECTIVE JOSEPH DeKIEL, STAR
NO. UNKNOWN, DETECTIVE FNU
PINEDA STAR NO.496, DETECTIVE
FNU CONTRERAS STAR NO. 472, and
DETECTIVE FNU KOZLOWSKI
STAR NO. 510,
  Jointly and Individually

    Defendants.

Case No.

Judge:
Magistrate:

_____

**EMERGENCY MOTION PURSUANT TO FEDERAL RULES O CIVIL
PROCEDURE 4 (m) FOR AN ECTENSION OF TIME TO
PERFECT SERVICE OF PROCESS ON THE DEFENDANTS**

NOW COMES, the Plaintiff Juan Williams, by and through his attorney Gwendolyn Dale Anderson, Esq. and herein request this Honorable Court to grant for "good cause shown" an extension of time to perfect service of process upon the remaining defendants in this case.

1. On March 14, 2004, plaintiff filed his complaint again the instant defendants alleging that the defendant violated his Civil Rights pursuant to Title 42 USC 1983.

2. Subsequent thereto, Dugan Investigation, Inc. attempted to service the

defendants pursuant to the statute. In that regard, Investigator Thomas Anderson, a retired Chicago Police Officer of thirty (30) years, attempted to service the defendants personally. Investigator Anderson attempted to perfect service at the defendants place of employment as well as their abode. The efforts were unsuccessfully.

3. In that regard, Investigator Dugan contacted certain personnel at the Cicero Police Station and Dugan was advised to come into the station and informed that the defendants would accept service. Dugan went to the station, but the defendants did not appear.

4. Investigator Dugan again conferred with an employee of the Police Station and was informed to tender waivers of summon forms to the office of Attorney Del Galdo via fax. The waivers were faxed, however, Del Galdo's office denied receipt of the faxed documents, except for the waiver for Defendant City of Cicero.

5. In light of the foregoing, plaintiff's counsel mailed by return-receipt mail waivers and complaints for each defendant on June 5, 2008. The green card has not been returned.

8. Subsequent to the prior court day, Dugan Investigation again attempted to service the defendants. Investigator Dugan personally went to the website of Zaba for information on Defendant DeKiel. Dugan was referred to google which provided the address of 6135 W. 35th Street in Cicero, Illinois 60804. Dugan also mailed waiver of summon to the above address, the summon was returned to plaintiff's counsel undelivered.              ..

9. Dugan visited the above address twice and canvass the multiunit building, but was unable to locate Defendant Dekiel. Dugan also mailed the waiver by return receipt mail, the waiver was returned without receipt .Investigator Dugan also attempted to service Defendant DeKiel at an address in Palos Hills, Illinois.

10. In an effort to locate and service the defendants, plaintiff has had to use private agencies such as the North Shore Service, an as such, plaintiff has expended substantial funds without successful servicing the defendants.

11. Plaintiff now moves for "good cause shown" for an extension of time to service the defendants in this case. It should be noted, that all defendants were serviced in the same manner and form, however, only defendant City of Cicero has acknowledged service.

12. In this case, plaintiff has a meritorious cause of action and he should be able to prosecute this case. Moreover, an extension of time will not prejudice defendant City of Cicero since it appears that Attorney Del Galdo represents the City and his office is familiar with the complaint herein.

13. Plaintiff further states that at all times relevant, plaintiff has acted with due diligent.

14. In light of the foregoing, plaintiff moves for an extension of time to perfect service of process.

   **WHEREFORE,** plaintiff prays that this Honorable Court will grant plaintiff an extension of forty-five (45) day you perfect service upon the defendants.

        Respectfully Submitted

        By: _____

        Gwendolyn Dale Anderson, Esq.

Prepared by;

Gwendolyn Dale Anderson, Esq.
Attorney for Plaintiff Williams
6727 South Euclid Avenue
Chicago, Illinois 60649
773-520-5506
773-373-8161 Fax