IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN R. WILLIAMS,

    Plaintiff,

  vs.

CITY OF CICERO, A MUNICIPALITY,
DETECTIVE JOSEPH DeKIEL, STAR
NO. UNKNOWN, DETECTIVE FNU
PINEDA STAR NO.496, DETECTIVE
FNU CONTRERAS STAR NO. 472, and
DETECTIVE FNU KOZLOWSKI
STAR NO. 510,
  Jointly and Individually

    Defendants.

Case No.

Judge:
Magistrate:

_____

### NOTICE OF EMERGENCY MOTION FOR AN EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS PURSUANT TO RULE 4(m)

**To: Austin Zimmer**
    **Attorney at Law**
    **10526 West Cermak**
    **Westchester, Il. 60154**

  **PLEASE TAKE NOTICE** that on June 24, 2008 at 9:00, I shall appear before the Honorable Judge Kendall in courtroom 2316 in the United States District Court for the Northern District of Illinois located at 219 South Dearborn Street in Chicago, Illinois 60604 and present the attached Emergency Pleading, you may be present if you so desire.

              Respectfully Submitted:

              S/ Gwendolyn Dale Anderson

**CERTIFICATION OF SERVICE**

Gwendolyn Dale Anderson, attorney, hereby states and certifies that a copy of this notice and attached pleading was serviced upon the party listed above by electronic filing on June 23, 2008 and in open court on June 24, 2008 at the address listed above and to the party listed above and addressed to that party's attention.

S/ Gwendolyn Dale Anderson, Esq.

Prepared by:

Gwendolyn Dale Anderson
Plaintiff's Attorney
6727 South Euclid Avenue
Chicago, Illinois 60649
773-520-5506
773-373-8161 Fax
Atty. No. 11993