## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Juan R. Williams

                Plaintiff,

v.                                             Case No.: 1:08−cv−01530
                                                  Honorable Virginia M. Kendall

City of Cicero, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 8/5/2008 at 09:00 AM. Motion hearing held. MOTION by Plaintiff Juan R. Williams for extension of time to effect service [16] is granted. Plaintiff is directed to effect service on all defendants by 8/5/2008.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.