# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 CV 1530

JUAN R. WILLIAMS v. CITY OF CICERO, a Municipality,
DETECTIVE JOSEPH DeKIEL, STAR NO. UNKNOWN,
DETECTIVE FNU PINEDA STAR NO. 496, DETECTIVE
FNU CONTRERAS STAR NO 472, and DETECTIVE
FNU KOZLOWSKI STAR NO. 510

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DETECTIVE FNU PINEDA, Star No. 496 and
DETECTIVE FNU CONTRERAS, Star No. 472

| |
|---|
| NAME (Type or print)<br>Nikoleta Lamprinakos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Nikoleta Lamprinakos |
| FIRM<br>Myers Miller & Krauskopf, LLC |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 220 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274018 | TELEPHONE NUMBER<br>(312) 345-7250 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐