UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Juan R. Williams
        Plaintiff,

v.              Case No.: 1:08−cv−01530
                Honorable Virginia M. Kendall

City of Cicero, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff fails to appear.Status hearing held and continued to 8/19/2008 at 09:00 AM. All fact discovery shall be completed by 12/5/2008. Dispositive motions with supporting memoranda due by 1/8/2009. Responses are to be filed by 1/29/2009. Replies due by 2/12/2009. Court will rule by mail. Jury Trial set for 7/20/2009 at 09:15 AM. Status hearing for a report on whether the parties want a settlement conference is set for 12/9/2008 at 09:00 AM. Defendants' oral motion for an extension of time to 8/26/2008 to answer or otherwise plead is granted.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.