U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 08 CV 1530

JUAN R. WILLIAMS v. CITY OF CICERO, a Municipality,
DETECTIVE JOSEPH DeKEIL, STAR NO. UNKNOWN,
DETECTIVE FNU PINEDA, STAR NO. 496, DETECTIVE
FNU CONTRERAS, STAR NO. 472, and DETECTIVE
FNU KOZLOWSKI, STAR NO. 510.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DETECTIVE JOSEPH DEKEIL

| | |
|---|---|
| NAME (Type or print)  Johanna L. Tracy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Johanna L. Tracy | |
| FIRM  Myers Miller & Krauskopf, LLC | |
| STREET ADDRESS  30 N. LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6278612 | TELEPHONE NUMBER  (312) 345-7250 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |