SRM/NL/JLT/dm-**12330**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JUAN R. WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO.  08 CV 1530 |
| CITY OF CICERO, A Municipality, DETECTIVE JOSEPH DeKIEL, STAR NO. UNKNOWN, DETECTIVE FNU PINEDA STAR NO. 496, DETECTIVE FNU CONTRERAS STAR NO. 472, and DETECTIVE FNU KOZLOWSKI, STAR NO. 510, Jointly and Individually | ) ) ) ) ) ) ) ) ) | Judge Kendall  Magistrate Judge Brown |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   ALL COUNSEL OF RECORD
         (See attached Service List)


       PLEASE TAKE NOTICE that on this __8th__ day of August, 2008, we filed with the clerk of court for the United States District Court, Northern District of Illinois, Eastern Division, *Appearance* on behalf of **Detective Joseph Dekiel**, copies of which are attached hereto and herewith served upon you via electronic mail.


                                                              /s/ Johanna L. Tracy
                                                     One of the Attorneys for Defendant,
                                                     Detective Joseph DeKeil


MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 345-7250

## CERTIFICATE OF SERVICE

      I, Johanna L. Tracy, an attorney certify that a copy of this *Notice of Filing* and the documents referenced herein were served upon all of the following attorneys of record via electronic mail and by mailing a copy of same to each person to whom it is directed at the address(es) stated by depositing same in the United States Mail Chute with proper postage prepaid at 30 North LaSalle Street, Suite 2200, Chicago, Illinois 60602, at or before 5:00 p.m. on **August 8, 2008.**

| | |
|---|---|
| Gwendolyn D. Anderson | K. Austin Zimmer |
| **LAW OFFICES OF GWENDOLYN D. ANDERSON** | George Santo Spataro |
| 6727 S. Euclid Avenue | Holly L. Tomchey |
| Chicago, IL 60649 | **DEL GALDO LAW GROUP, LLC** |
| Ph: (773) 520-5506 | 10526 Cermak Road, Suite 300 |
| attygwenanderson@sbcglobal.net | Westchester, IL 60154 |
| *ATTORNEY FOR PLAINTIFF* | Ph: 708-531-8800 |
| | austin_zimmer@yahoo.com |
| Mark Antonio Scarlato | spataro@dlglawgroup.com |
| **Law Office of Mark Antonio Scarlato** | tomchey@dlglawgroup.com |
| 10526 Cermak Road, Suite 300 | *COUNSEL FOR DEFENDANT, CITY OF CICERO* |
| Westchester, IL 60156 | |
| Ph: 708-531-8800 | |
| scarlato@gdlawfirm.net | |
| *COUNSEL FOR DEFENDANT, CITY OF CICERO* | |

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the undersigned certifies that the statements set forth herein are true and correct.

                                                        BY:     /s/ Johanna L. Tracy