SRM/NL/JLT/bla-**12330**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JUAN R. WILLIAMS,                           ) | |
|                                             ) | |
|        Plaintiff,                           ) | |
|                                             ) | |
|   vs.                                       ) | NO.   08 CV 1530 |
|                                             ) | |
| CITY OF CICERO, A Municipality,             ) | Judge Kendall |
| DETECTIVE JOSEPH DeKIEL, STAR               ) | |
| NO. UNKNOWN, DETECTIVE FNU                  ) | Magistrate Judge Brown |
| PINEDA STAR NO. 496, DETECTIVE              ) | |
| FNU CONTRERAS STAR NO. 472, and             ) | |
| DETECTIVE FNU KOZLOWSKI,                    ) | |
| STAR NO. 510,                               ) | |
|        Jointly and Individually             ) | |
|                                             ) | |
|        Defendants.                          ) | |

## **RE-NOTICE OF MOTION**

TO:    ALL COUNSEL OF RECORD
          (See attached Service List)

PLEASE TAKE NOTICE THAT on **September 10, 2008**, at **9:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Brown or any other judge residing in the courtroom usually occupied by him of the U.S. District Court, Northern District of Illinois, Urbana Division, and shall then and there present ***Defendants, Joseph DeKiel, Allan Pineda, Daniel Contreras and Richard Kozlowski, Sr.'s Motion for Leave to File, Instanter***, a true and correct copy of which is hereby served upon you..

                                                                     By:    */s/Nikoleta Lamprinakos*
                                                                             **MYERS MILLER & KRAUSKOPF, LLC**

Stephen R. Miller (#6182908)
Nikoleta Lmaprinakos (#6274018)
Johanna L. Tracy (#6278612)
MYERS MILLER & KRAUSKOPF, LLC
Attorney for Defendant
30 LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 345-7250
FAX: (312) 345-7251