SRM/NL/JLT/bla-**12330**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JUAN R. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.   08 CV 1530 |
| ) | |
| CITY OF CICERO, A Municipality, ) | Judge Kendall |
| DETECTIVE JOSEPH DeKIEL, STAR ) | |
| NO. UNKNOWN, DETECTIVE FNU ) | Magistrate Judge Brown |
| PINEDA STAR NO. 496, DETECTIVE ) | |
| FNU CONTRERAS STAR NO. 472, and ) | |
| DETECTIVE FNU KOZLOWSKI, ) | |
| STAR NO. 510, ) | |
| Jointly and Individually ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

TO:   ALL COUNSEL OF RECORD
       (See attached Service List)

      I, Nikoleta Lamprinakos, an attorney certify that a copy of this ***Certificate of Service*** and ***Defendants, Joseph DeKiel, Allan Pineda, Daniel Contreras, Richard Kozlowski, Sr., Answer to Complaint and Affirmative Defenses,*** were served upon all of the following attorneys of record via electronic mail and by mailing a copy of same to each person to whom it is directed at the address(es) stated by depositing same in the United States Mail Chute with proper postage prepaid at 30 North LaSalle Street, Suite 2200, Chicago, Illinois 60602, at or before 5:00 p.m. on **September 3, 2008.**

Gwendolyn D. Anderson
**LAW OFFICES OF GWENDOLYN D. ANDERSON**
6727 S. Euclid Avenue
Chicago, IL 60649
Ph:  (773) 520-5506
attygwenanderson@sbcglobal.net
***ATTORNEY FOR PLAINTIFF***

Mark Antonio Scarlato
**Law Office of Mark Antonio Scarlato**
10526 Cermak Road, Suite 300
*CICERO*
Westchester, IL 60156
Ph: 708-531-8800
scarlato@gdlawfirm.net

K. Austin Zimmer
George Santo Spataro
Holly L. Tomchey
**DEL GALDO LAW GROUP, LLC**
10526 Cermak Road, Suite 300
Westchester, IL 60154
Ph: 708-531-8800
austin_zimmer@yahoo.com
spataro@dlglawgroup.com
tomchey@ dlglawgroup.com
***COUNSEL FOR DEFENDANT, CITY OF CICERO***

**COUNSEL FOR DEFENDANT, CITY OF CICERO**

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the undersigned certifies that the statements set forth herein are true and correct.

BY: /s/ Nikoleta Lamprinakos

Stephen R. Miller (#6182908)
Nikoleta Lamprinakos (#6274018)
Johanna L. Tracy (#6278612)
**MYERS MILLER & KRAUSKOPF, LLC.**
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Ph: (312) 345-7250 / Fx: (312) 345-7251